**Dismissed and Opinion Filed February 16, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00739-CR**
**No. 05-16-00793-CR**

**MIGUEL GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-59527-J & F15-59528-J**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

We resinstate these appeals.

Before the Court is appellant's February 13, 2017 motion for voluntary dismissal of these appeals. The motion is signed by appellant and appellate counsel and otherwise complies with rule 42.2. *See* TEX. R. APP. P. 42.2(a).

The Court grants the motion and orders that the appeal be dismissed and this decision be certified below for observance.

Do Not Publish
TEX. R. APP. P. 47.2
160739F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIGUEL GONZALES, Appellant

No. 05-16-00739-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F15-59527-J.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Whitehill
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered February 16, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIGUEL GONZALES, Appellant

No. 05-16-00793-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F15-59528-J.
Opinion delivered by Justice Francis, Justices Lang-Miers and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered February 16, 2017.